UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ANTHONY GLIELMI and PATRICIA GLIELMI, | : : : | |
| Plaintiffs, | : : | Civil Action No. 09-5734 |
| v. | : : | **ORDER** |
| THE RAYMOND CORPORATION and ARBOR MATERIAL HANDLING, INC. | : : : : | |
| Defendants. | : : | |

**Appearances**:

GARY W. BOGUSKI
TAYLOR & BOGUSKI LLC
LARCHMONT LAW & PROFESSIONAL CENTER
199 SIXTH AVENUE
P.O. BOX 227
MT. LAUREL, NJ 08054

ROBERT M. CAPLAN
WHITE AND WILLIAMS LLP
1650 MARKET STREET
ONE LIBERTY PLACE, SUITE 1800
PHILADELPHIA, PA 19103
*Attorneys for plaintiffs*

FRANCIS J. GREY , JR.
WILLIAM J. RICCI
LAVIN, COLEMAN, O'NEIL, RICCI, FINARELLI & GRAY, PC
1300 ROUTE 73
SUITE 307
MOUNT LAUREL, NJ 08054
*Attorneys for defendants*

**HILLMAN, District Judge**

        For the reasons expressed in this Court's Opinion entered today, it is this  19th  day of   March , 2012, hereby

**ORDERED** that defendants' motion for summary judgment [30] regarding plaintiffs' expert is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that defendants' motion for summary judgment regarding the legal duty owed to plaintiffs [32] is **DENIED.**

                                                       s/Noel L. Hillman
                                           NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey