UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ANTHONY GLIELMI and PATRICIA GLIELMI, | : : : : | |
| Plaintiffs, | : : | Civil Action No. 09-5734 |
| v. | : : | **ORDER** |
| THE RAYMOND CORPORATION and ARBOR MATERIAL HANDLING, INC. | : : : | |
| Defendants. | : : | |

**HILLMAN, District Judge**

**AND NOW,** on this   1st   of   November   2012, upon consideration of Defendant The Raymond Corporation's Motion for Reconsideration [Doc. No. 44], and Plaintiffs Anthony and Patricia Glielmi's Response in Opposition to Motion for Reconsideration of Defendant The Raymond Corporation [Doc. No. 45],

It is hereby **ORDERED** that Defendant's Motion for Reconsideration [Doc. No. 44] is **DENIED**.


                                    /s/ Noel L. Hillman
                                    NOEL L. HILLMAN, U.S.D.J.
At Camden, New Jersey