```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| ANTHONY GLIELMI and<br>PATRICIA GLIELMI, | :<br>:<br>: |  |
|  | : | Civil Action No. |
| Plaintiffs, | : | 09-5734 |
|  | : |  |
| v. | : | **ORDER** |
|  | : |  |
| THE RAYMOND CORPORATION and<br>ARBOR MATERIAL HANDLING, INC. | :<br>: |  |
|  | : |  |
| Defendants. | : |  |

**HILLMAN, District Judge**

**AND NOW,** on this __1st__ of __November__ 2012, upon consideration of Defendant The Raymond Corporation's Motion for Reconsideration [Doc. No. 44], and Plaintiffs Anthony and Patricia Glielmi's Response in Opposition to Motion for Reconsideration of Defendant The Raymond Corporation [Doc. No. 45],

It is hereby **ORDERED** that Defendant's Motion for Reconsideration [Doc. No. 44] is **DENIED**.

```
                            /s/ Noel L. Hillman
                            NOEL L. HILLMAN, U.S.D.J.
At Camden, New Jersey
```